UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAIBHAV SRIVASTAVA, *et. al.*,

Plaintiffs,

-v-

WILSON ROOSEVELT and US FOODS, INC.,

Defendants.

26 Civ. 5716 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has received the parties' proposed case management plan, Dkt. 20, but the parties have not submitted a joint letter as required by the Court's November 6, 2026 Order, Dkt. 18. By November 23, 2026, the parties shall submit a joint letter, not to exceed five (5) pages, addressing the following in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or all outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving the action.

Alternatively, the parties have indicated that they consent, under 28 U.S.C. § 636(c), to conducing all further proceedings before Magistrate Judge Robert W. Lehrburger. Dkt. 20 at 2. If this is so, counsel for the defendants may, by November 23, 2026, submit to the Orders &

Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, in lieu of the joint status letter. If the Court approves that form, all further proceedings will then be conducted before Judge Lehrburger rather than before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before Judge Lehrburger, the parties' joint letter should advise the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent to conducting all further proceedings before Judge Lehrburger without negative consequences.

SO ORDERED.

Dated: November 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge